638 A.2d 943

The BEISTLE COMPANY, Appellant,

v.

COMMONWEALTH of PENNSYLVANIA, BOARD of FINANCE AND REVENUE, Appellee.

Supreme Court of Pennsylvania.

Argued Jan. 28, 1993.

Decided March 8, 1994.

Lloyd R. Persun, Harrisburg, for Beistle Co.

Clinton G. Smith, Jr., Harrisburg, for Comm. Bd. F & R.

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.

LARSEN, J., did not participate in the decision of this case.

MONTEMURO, J., who was an appointed Justice of the Court at the time of argument, participated in the decision of this case in his capacity as Senior Justice.